**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  TRACY SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 17-cv-00414-TCK-JFJ |
| | ) |
| 1.  THE STATE OF OKLAHOMA ex rel. OKLAHOMA TOURISM AND RECREATION DEPARTMENT, | ) ) ) |
| | ) |
|     Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiff Tracy Shaw, along with Defendant State of Oklahoma *ex rel.* Oklahoma Tourism and Recreation Department, by and through their respective counsel of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).   All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party.  Each party will bear her /its own costs related to this matter.  As a result of this dismissal, there are no remaining defendants or claims.

> Respectfully submitted,
>
> **MCMURRAY || KEESLING**
>
> /s/ Timothy S. Kittle
> David R. Keesling, OBA No. 17881
> Timothy S. Kittle, OBA No. 21979
> 6660 South Sheridan Road, Suite 250
> Tulsa, Oklahoma 74133
> (918) 998-9350 – Telephone
> (918) 998-9360 – Facsimile
> David@KLGattorneys.com
> Tim@KLGattorneys.com
> *Attorneys for Plaintiff:*
> *Tracy Shaw*

       \*/s/ Richard N. Mann
*\*Signed with Consent of Designated Counsel*
Richard N. Mann, OBA No. 11040
Lexie P. Norwood, OBA No. 31414
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Unit
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921 – Telephone
(405) 521-4518 – Facsimile
richard.mann@oag.ok.gov
lexie.norwood@oag.ok.gov
***Attorneys for Defendant:***
***State of Oklahoma ex rel. Oklahoma Tourism***
***and Recreation Department***